POPE INVESTMENTS LLC, Pope Investments II LLC, and China Alarm Holdings Acquisition LLC, Defendants Below–Appellants,

v.

The MARILYN ABRAMS LIVING TRUST, Plaintiff Below–Appellee.

No. 193, 2017

Supreme Court of Delaware.

Submitted: May 30, 2017

Decided: June 26, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 12829

DISMISSED.

Anthony NASH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 167, 2017

Supreme Court of Delaware.

Submitted: April 25, 2017

Decided: June 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 14050028328 (N)

GRANTED. AFFIRMED.